UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
AXELROD & CHERVENY ARCHITECTS,
P.C., et al.,

                    Plaintiffs,                    **ORDER**

        -against-                            CV 05-5573 (DRH )(ARL)

T & S BUILDERS, INC., et al.,

                      Defendants.
----------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      By letters dated August 14, 2007 and August 23, 2007, the plaintiffs seek to adjourn the deadline for completion of expert discovery, the deadline for submission of the proposed joint pretrial order and the final conference until after District Judge Hurley decides the summary judgment motion, which will be fully briefed on October 12, 2007. In the alternative, the plaintiffs seek to extend each of the deadlines to December 11, 2007, sixty days after the motion is submitted. In as much as the defendants consent to the latter application, that request is granted.

      Accordingly, the deadline for the completion of expert disclosure is extended to December 11, 2007. The proposed joint pretrial order is to be electronically filed by December 21, 2007. The final conference scheduled for September 7, 2007, is adjourned to December 28, 2007, at 11:30 a.m. Prior to the conference, the parties are to advise the court if they believe that settlement discussions will not be fruitful in which case the final conference will be cancelled.

Dated:  Central Islip, New York
         August 27, 2007                        SO ORDERED:


                                                          _____/s/_____
                                                     ARLENE R. LINDSAY
                                                     United States Magistrate Judge